# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **DENNIS W. GIBSON,** ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 2:13cv00011 | |
| ) | **ORDER** | |
| ) | | |
| **CAROLYN W. COLVIN,** ) | | |
| **Acting Commissioner of Social Security,** ) | By: PAMELA MEADE SARGENT | |
| Defendant ) | United States Magistrate Judge | |

For the reasons stated in the Report and Recommendation entered on August 11, 2014, the plaintiff's motion for summary judgment is **DENIED**, the Commissioner's motion for summary judgment is **GRANTED**, and the Commissioner's decision denying benefits is **AFFIRMED**.

ENTERED: September 9, 2014.

                                                    /s/ *Pamela Meade Sargent*
                                                    UNITED STATES MAGISTRATE JUDGE